IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE B. HENDERSON,
et al.,

    Plaintiffs,

v.                          Civil Action No. 3:13cv578

INFOMART, INC.,

    Defendant.

**ORDER**

Having considered the JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANT'S MOTION TO TRANSFER VENUE AND FOR DEFENDANT TO FILE ITS REPLY THERETO (Docket No. 28), it is hereby ORDERED that the motion is granted. It is further ORDERED that:

(1) the plaintiffs shall file their response to DEFENDANT'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF GEORGIA (Docket No. 23) by April 3, 2014; and

(2) the defendant shall file its reply thereto by April 14, 2014.

It is so ORDERED.

                                                  /s/    REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: March 10, 2014